UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.  Case Nos.:   3:99cr18/RV/EMT
　　　　　　　　　　　　　　　　3:20cv5717/RV/EMT

KENNETH BERNARD NICKSON,
Fed. Reg. No. 04493-017
_____/

# **ORDER**

The chief magistrate judge issued a Report and Recommendation on August 12, 2020 (ECF No. 279). The parties were furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of all timely filed objections.

Having considered the Report and Recommendation, and the timely filed objections thereto (doc. 281), I have determined the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1.　The chief magistrate judge's Report and Recommendation (ECF No. 279) is adopted and incorporated by reference in this order.

2. The "Motion Under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody" (ECF No. 278) is summarily **DENIED and DISMISSED without prejudice**.

3. The certificate of appealability is **DENIED**.

**DONE AND ORDERED** this 10th day of September, 2020.

       /s/ *Roger Vinson*
**ROGER VINSON**
**SENIOR UNITED STATES DISTRICT JUDGE**

Case Nos.: 3:99cr18/RV/EMT; 3:20cv5717/RV/EMT