#

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA,

v.  Case Nos.:  3:99cr18/RV/EMT
 3:21cv723/RV/EMT

KENNETH BERNARD NICKSON,
a/k/a KENNY NICKSON,
Fed. Reg. No. 04493-017

_____/

# ORDER

The chief magistrate judge issued a Report and Recommendation on August 25, 2021 (ECF No. 302).  The parties were furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).   No objections have been filed.

Having considered the Report and Recommendation, I have determined the Report and Recommendation should be adopted.

Accordingly, it is **ORDERED**:

1. The chief magistrate judge's Report and Recommendation (ECF No. 302) is adopted and incorporated by reference in this order. I am confident that I applied the elements clause to the Defendant in this case, for he admitted that he possessed the firearm, that he attempted to rob the bank with it, and that he or his co-defendant threatened to shoot the bank employee as she fled.

\#

2. Nickson's "Successive Petition/Motion for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2255 to Vacate, Set Aside or Correct Sentence and Separate Memorandum of Law" (ECF No. 294) is **DENIED.**

3. A certificate of appealability is **DENIED**.

**DONE AND ORDERED** this 27th day of September, 2021.

/s/ *Roger Vinson*
**ROGER VINSON**
**SENIOR UNITED STATES DISTRICT JUDGE**